UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE R. TORRES,

    Plaintiff,

v.                      Case No: 6:19-cv-1266-Orl-18DCI

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Jose R. Torres's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for disability insurance benefits ("DIB") and supplemental security income ("SSI"). On September 15, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be reversed and remanded (Doc. 35). After review of the Report and Recommendation (Doc. 35) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 35) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

1. The Commissioner's decision is **REVERSED** and **REMANDED**.

2. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly, in favor of Claimant and against the Commissioner, and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___7___ day of October, 2020.

                                                                           G. KENDALL SHARP
                                                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record